IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN DANIEL BLUE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION FILE NO. |
| | * | 1:15-CV-01834-RWS |
| MARIA DEGUADALUPE LOPEZ, | * | |
| a DFACS caseworker, in her individual | * | |
| capacity, | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF'S BRIEF IN OPPOSITION TO**
**DEFENDANT'S PARTIAL MOTION TO DISMISS**

COMES NOW Plaintiff John Daniel Blue and hereby responds to Defendant's partial motion to dismiss Plaintiff's first amended complaint (Doc. 15) for the reasons stated in Plaintiff's previous brief (Doc. 12) in opposition to Defendant's motion to dismiss the original complaint, which incorporated herein by reference.

This 29th day of September, 2015.

                                              Respectfully submitted,

                                              */s/ Craig T. Jones*
                                              CRAIG T. JONES
                                              GA Bar No. 399476
                                              Counsel for Plaintiff

THE ORLANDO FIRM, P.C.
Decatur Court, Suite 400
315 W. Ponce de Leon Avenue
Decatur, GA  30030
(404) 373-1800
craig@orlandofirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of September, 2015, I electronically filed the foregoing **Plaintiff's Brief in Opposition to Defendant's Partial Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michelle Hirsch, Esq.
GEORGIA DEPARTMENT OF LAW
40 Capitol Sq. SW
Atlanta, GA 30334

                                            */s/ Craig T. Jones*
                                            _____
                                            Craig T. Jones
                                            Georgia Bar No. 399476
                                            Counsel for Plaintiff

THE ORLANDO FIRM, P.C.
Decatur Court, Suite 400
315 West Ponce de Leon Avenue
Decatur, GA 30030
(404) 373-1800