# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN DANIEL BLUE, ) | |
|     Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| MARIA DEGUADALUPE LOPEZ, ) | 1:15-CV-01834-RWS |
|     Defendant. ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS

COMES NOW Defendant, Maria Lopez, by and through counsel, and hereby responds to Plaintiff's Statement of Material Facts as to Which There is a Genuine Issue to be Tried, stating as follows:

1. Defendant Lopez rammed her car into the rear of the Plaintiff Blue's van. At no time to (sic) Blue drive his van into Defendant's car. (John Blue Dep. 54-59, 62; Patrick Dep. 28-31; JB Dep. 11-14; ZB Dep. 9).

**Response:** Admit that Plaintiff claims Defendant Lopez rammed her car into the rear of Plaintiff van. Object to the second fact on the grounds that Plaintiff's evidence does not support the stated fact.

2. Defendant Lopez knowingly misstated the facts in order to press charges against Mr. Blue prosecuted for aggravated assault when she knew that he never assaulted her. (Id.; see also Lopez Dep. 106-107);

**Response:** Object on the grounds that Plaintiff's evidence does not support the stated fact.

3. Defendant Lopez caused Mr. Blue to be prosecuted by making false statements to the police and telling them that she wanted to press charges. (Id.).

**Response:** Object on the grounds that Plaintiff's evidence does not support the stated fact.

4. When Lopez ran into Mr. Blue, he was about to drive off with his children without knowing that Lopez was a DFACS investigator and believing that she was a drug addict who was behaving in an unstable manner. (Blue Dep. 55).

**Response:** Admit that this is Plaintiff's testimony.

5. After seeing an Amber alert on TV about him and his sons, Mr. Blue realized what had happened and turned himself into the police, after which jurors could infer that Lopez tried to cover up the misunderstanding by falsely accusing Blue of assaulting her with his vehicle. (Blue Dep. 70).

**Response:** Admit the first fact. Object to the remaining portions of the sentence as they are arguments, not material facts.

6. Lopez told police that she wanted to press charges against Blue. (Lopez Dep. 106-07).

**Response:**  Object on the grounds that Plaintiff's evidence does not support the stated fact.

7. Blue spent seven months in jail during which he was unable to post a bond. (Blue Dep. 65, 80-81).

**Response:**  Admitted.

8. Mr. Blue was eventually brought to trial on a felony charge of aggravated assault and he was found not guilty by a Gwinnett County jury. (Blue Dep. 81).

**Response:**  Admitted.

Respectfully submitted, this 12th day of December, 2016.

| | |
|---|---|
| CHRISTOPHER M. CARR   112505<br>Attorney General | DEVON ORLAND        554301<br>Sr. Assistant Attorney General |
| KATHLEEN PACIOUS      558555<br>Deputy Attorney General | <u>s/ Michelle J. Hirsch</u>   357198<br>MICHELLE J. HIRSCH<br>Assistant Attorney General |

ADDRESS COMMUNICATIONS TO:
Michelle J. Hirsch
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: mhirsch@law.ga.gov

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This the 12th day of December, 2016.

/s/ Michelle J. Hirsch
MICHELLE J. HIRSCH 357198
Assistant Attorney General

40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850 (Telephone)
(404) 651-5304 (Fax)
Email:  mhirsch@law.ga.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, I electronically filed the foregoing **RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the all CM/ECF participants of record, including:

Craig T. Jones
The Orlando Firm, P.C.
Decatur Court, Suite 400
315 W. Ponce de Leon Avenue
Decatur, GA  30330

                                                                               s/ Michelle J. Hirsch_____
                                                                               Georgia Bar No. 357198
                                                                               Assistant Attorney General
                                                                               Attorney for Defendant

40 Capitol Square, S.W.
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: mhirsch@law.ga.gov