# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN DANIEL BLUE, ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:15-CV-01834-RWS |
| ) | |
| MARIA DEGUADALUPE LOPEZ, ) | |
| Defendant. ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Please take notice that Defendant Maria Lopez submits to the Court the following supplemental authority:

In her motion for summary judgment, Defendant Lopez noted that United States Supreme Court currently was deciding whether a claim for malicious prosecution under the Fourth Amendment existed. *Manuel v. City of Joliet*, 590 Fed. Appx. 641 (7th Cir. 2015), *cert granted*, 2016 U.S. LEXIS 627 (U.S. Jan. 15, 2016). (Doc. 32-2, p. 11, n. 3). On March 21, 2017, the Court held that such a claim does exist. *Manuel v. City of Joliet*, 580 U.S. ___ (2017)(slip opinion).

A copy of the opinion is attached hereto for the convenience of the Court. Respectfully submitted, this 21st day of March, 2017.

| | | | |
|---|---|---|---|
| CHRISTOPHER M. CARR | 112050 | DEVON ORLAND | 554301 |
| Attorney General | | Senior Asst. Attorney General | |
| | | | |
| KATHLEEN PACIOUS | 558555 | s/ Michelle J. Hirsch | 357198 |
| Deputy Attorney General | | MICHELLE J. HIRSCH | |
| | | Assistant Attorney General | |

ADDRESS COMMUNICATIONS TO:
Michelle J. Hirsch
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: mhirsch@law.ga.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This the 21st day of March, 2017.

/s/ Michelle J. Hirsch
MICHELLE J. HIRSCH 357198
Assistant Attorney General

40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850 (Telephone)
(404) 651-5304 (Fax)
Email:  mhirsch@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017 I electronically filed the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the all CM/ECF participants of record, including:

Craig T. Jones
The Orlando Firm, P.C.
Decatur Court, Suite 400
315 W. Ponce de Leon Avenue
Decatur, GA  30330

    s/ Michelle J. Hirsch_____
Georgia Bar No. 357198
Assistant Attorney General
Attorney for Defendant

40 Capitol Square, S.W.
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: mhirsch@law.ga.gov