# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JOHN DANIEL BLUE,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION FILE NO.** |
| | **1:15-CV-01834-RWS** |
| **MARIA DEGUADALUPE LOPEZ,** a DFACS caseworker, in her individual capacity, | |
| **Defendant.** | |

## NOTICE OF APPEAL

COMES NOW Plaintiff pursuant to FRAP Rule 3 and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered April 7, 2017 (Doc. 40) granting summary judgment to Defendant Maria Deguadalupe Lopez, which constitutes a final decision under 28 U.S.C. §1291 for which a direct appeal is permitted as a matter of right.

This Notice of Appeal is being filed electronically, and the payment of filing and docketing fees required by 28 U.S.C. §1913 and §1917 is being remitted electronically to the Clerk of this Court pursuant to FRAP 3(e), contemporaneously with the filing of this Notice of Appeal.

Respectfully submitted this 18th day of April, 2017.

       */s/ Craig T. Jones*

       _____
       CRAIG T. JONES
       Attorney for Plaintiff
       Georgia Bar No. 399476

THE ORLANDO FIRM, P.C.
315 West Ponce de Leon Avenue, Suite 400
Decatur, GA  30030
(404) 373-1800
craig@orlandofirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served opposing counsel a copy of the foregoing NOTICE OF APPEAL via electronic filing as follows:

>Michelle Hirsch, Esq.
>GEORGIA DEPARTMENT OF LAW
>40 Capitol Sq. SW
>Atlanta, GA 30334

This 18th day of April, 2017.

>*/s/ Craig T. Jones*
>_____
>CRAIG T. JONES
>Attorney for Plaintiff
>Georgia Bar No. 399476

THE ORLANDO FIRM, P.C.
315 West Ponce de Leon Avenue, Suite 400
Decatur, GA  30030
(404) 373-1800
craig@orlandofirm.com