# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

April 19, 2017

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

**U.S.D.C. No.:** 1:15-cv-1834-RWS  
**U.S.C.A. No.:** 00-00000-00  
**In re:**   *John Daniel Blue v.* Maria Deguadalupe Lopez

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

X  **Certified copies of the Notice of Appeal, Docket Sheet, Clerk's Judgment and Order appealed enclosed.**

___  This is not the first notice of appeal.  Other notices were filed on: .

X  **There is no transcript.**

___  The court reporter is .

X  **There is sealed material.**

___  Other: .

___  Fee paid on .

___  Appellant has been  leave to file *in forma pauperis.*

___  This is a bankruptcy appeal.  The Bankruptcy Judge is .

___  The Magistrate Judge is .

X  **The United States District Judge is Richard W. Story.**

___  This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten  
District Court Executive  
and Clerk of Court

By:   /s/ Kimberly Carter  
Deputy Clerk

Enclosures